Paul J. FUGITT, Claimant–Appellee,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 04–7064.

United States Court of Appeals, Federal Circuit.

June 3, 2004.

Martin F. Hockey, Jr., Principal Attorney, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellant.

Robert Budd Haemer, Principal Attorney, Shaw Pittman, Washington, DC, for Claimant–Appellee.

Before NEWMAN, LOURIE, and CLEVENGER, Circuit Judges.

LOURIE, Circuit Judge.

*ORDER*

Paul J. Fugitt moves to dismiss the Secretary of Veterans Affairs' appeal. The Secretary opposes.* Fugitt replies. The court considers whether the Court of Appeals for Veterans Claims' decision in *Fugitt v. Principi*, 02–1527 (Nov. 14, 2003), should be vacated and the case remanded for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed.Cir.2004).

Upon consideration thereof,

---

* The Secretary filed his opposition within the time permitted by the court's rules and thus his motion for an extension of time is moot.

IT IS ORDERED THAT:

(1) Fugitt's motion to dismiss is denied.

(2) The Court of Appeals for Veterans Claims' decision is vacated and the case is remanded.